```
IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

JAMES TODD BARBER,              )
                                )
            Plaintiff,           )
                                )
    v.                           )        1:19CV560
                                )
ANDREW M. SAUL, Commissioner     )
of Social Security,              )
                                )
            Defendant.           )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 27, 2020, was served on the parties in this action. (Docs. 13, 14.) Plaintiff objected to the Recommendation (Doc. 15), and Defendant responded in opposition (Doc. 16).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing or Modifying the Decision of the Acting Commissioner of Social Security, or Remanding the Cause for a Rehearing (Doc. 8) is DENIED, that Defendant's Motion for Judgment

on the Pleadings (Doc. 10) is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

<pre>
                                    /s/   Thomas D. Schroeder
                                   United States District Judge
</pre>

September 17, 2020